

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00382-CR

Joshua Allen **SCHOPPMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0695
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 22, 2015.

_____
Luz Elena D. Chapa, Justice